**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03309-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

SARA M. HARTMANN, as parent of minors
W. J. HARTMANN, and
L. N. HARTMANN,

    Plaintiff,

v.

DOUGLAS COUNTY, COLORADO,
CITY OF CASTLE ROCK,
JUDGE CHRIS CROSS,
JUDGE TERESA SLADE,
MAGISTRATE MASCHETTI,
MAGISTRATE REBECCA MOSS, and
DOUGLAS COUNTY CLERKS [sic] OFFICE,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

    Plaintiff, Sara M. Hartmann, acting *pro se*, has submitted a Complaint (ECF No. 1) with numerous attachments and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), on behalf of her minor children, W. J. and L. N. Hartmann.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.

    Plaintiff lacks standing to represent her minor children in this action.  *See Meeker v. Kercher*, 782 F.2d 153, 154 (10th Cir. 1986) (per curiam).  Under Fed. R. Civ. P. 17(c) and 28 U.S.C. § 1654, a minor child "cannot bring suit through a parent acting as

next friend if the parent is not represented by an attorney." *Id.*; *accord Osei-Afriyie ex rel. Osei-Afriyie v. Medical College of Pa.*, 937 F.2d 876, 882-83 (3d Cir. 1991); *Cheung v. Youth Orchestra Found. of Buffalo, Inc.*, 906 F.2d 59, 61 (2d Cir. 1990). Sara M. Hartmann is not represented by an attorney. Therefore, Ms. Hartmann may not represent her minor children in this action.

Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   X    is not submitted:  Sara Hartmann must submit an individual § 1915 motion that only names herself as Plaintiff.
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiffs
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   X    other:  Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition**:
(9)    __   is not submitted
(10)   __   is not on proper form (must use the court's current form)
(11)   __   is missing an original signature by the Plaintiffs
(12)   X    is incomplete (Plaintiff fails to assert a basis for this court's jurisdiction)
(13)   __   uses et al. instead of listing all parties in caption
(14)   __   names in caption do not match names in text
(15)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   X    other:  Only Sara Hartmann may be named as Plaintiff if Ms. Hartmann is proceeding *pro se*.  Ms. Hartmann need not resubmit the voluminous attachments to the complaint.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain and complete the court-approved forms for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 20, 2012, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge