IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03309-LTB

SARA M. HARTMANN,

    Plaintiff,

v.

DOUGLAS COUNTY, COLORADO,
CITY OF CASTLE ROCK, COLORADO,
JUDGE CHRISTOPHER CROSS,
JUDGE (THEN MAGISTRATE) TERESA SLADE,
MAGISTRATE MASCHETTI,
MAGISTRATE REBECCA MOSS,
DOUGLAS COUNTY, COLORADO, CLERKS' OFFICE,
SUSAN L. ELKINS, ESQ.,
CAROLINE COOLEY LAW FIRM,
LEYLA (FORMERLY) ERAYOBAR, ESQ., and
DARREN JED HARTMANN,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 7, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7 day of February, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ S. Grimm
                      Deputy Clerk